

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 4 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                  CASE NO. 4:23CV- 937-KGB

$41,700.00 IN U. S. CURRENCY                                           DEFENDANTS

## VERIFIED COMPLAINT *IN REM*

The United States of America, by Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Assistant U. S. Attorney Amanda Jegley for its verified complaint *in rem* against the above-described property, states:

### NATURE OF THE ACTION

1. This is an action to forfeit to the United States money. The money to be forfeited is $41,700.00 in U. S. Currency ("the Defendant Currency").

2. This action is governed by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

### JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction over this action under 28 U.S.C. §§ 1345 and 1355(a).

4. This Court has *in rem* personal jurisdiction over the Defendant Currency under 28 U.S.C. § 1355(b).

5. Venue is proper in the Eastern District of Arkansas under 28 U.S.C. §§ 1355(b)(1) and 1395 because the Defendant Property was seized in this District.

### BASIS FOR FORFEITURE

6. The Defendant Currency is subject to forfeiture under Title 21, United States Code,

This case assigned to District Judge Baker
and to Magistrate Judge Ray

Section 881(a)(6) because it constitutes (1) money intended to be furnished in exchange for a controlled substance; (2) proceeds traceable to such an exchange; and (3) money used and intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

7. In October 2018, detectives of the West Memphis Police Department Narcotics Division and the Drug Enforcement Administration ("DEA") investigated Tyree Skinner ("Skinner") after he was identified by a confidential source as being a largescale methamphetamine dealer.

8. The confidential source made controlled purchases of methamphetamine from Skinner on October 30, December 20, December 31, 2018, and January 9, 2019.

9. On June 5, 2019, the Grand Jury for the Eastern District of Arkansas charged Skinner in Case No. 4:19CR00279 KGB with four counts of distribution of methamphetamine, in violation of Title 21, United States Code, §§ 841(a)(1), 841(a)(1)(A), 841(a)(1)(B) and 841(a)(1)(C) and two forfeiture allegations.

10. The United States and Skinner proceeded to trial on April 4, 2023.

11. Prior to trial reconvening on April 5, 2023, Skinner entered a guilty plea to the Indictment. Skinner is awaiting sentencing.

12. On March 16, 2023, a confidential source advised the DEA that Skinner, while on pre-trial supervised release in case number 4:19CR00279 KGB, was still actively involved in the sale of large quantities of methamphetamine in the West Memphis, Arkansas area.

13. The confidential source advised they had been purchasing methamphetamine from Skinner for approximately two months and advised that Skinner had also supplied other individuals in the area with methamphetamine.

14. Authorities made controlled purchases of narcotics from Skinner and observed him involved in the sale of drugs as further described below.

    A. March 17, 2023: Skinner sold a confidential source approximately 113.6 grams of suspected methamphetamine for approximately $760.

    B. March 21, 2023: Skinner sold a confidential source approximately 57.1 grams of suspected methamphetamine for $500.

13. On March 22, 2023, agents obtained a federal search warrant for Skinner's residence at 1013 N. Avalon Drive, West Memphis, Arkansas.

14. On March 24, 2023, agents executed the federal search warrant on Skinner's residence at 1013 N. Avalon Drive, West Memphis, Arkansas.

15. During the search of 1013 N. Avalon Drive, West Memphis, Arkansas, agents seized a bank bag containing a large amount of U. S. Currency located between the wall and the headboard of the bed.

16. Within the amount of U. S. Currency located in the seized bank bag agents found approximately $400 that was used during the controlled purchase that occurred on March 21, 2023. Agents were able to identify the buy money inside the bank bag by the serial numbers on the $50 bills given to the confidential source to make the controlled purchase.

17. On March 31, 2023, DEA agents transported the bank bag and U. S. Currency to the Loomis Armory for an official count.

18. Loomis Armory personnel counted the currency and determined the official count to be:

| Number of Bills | Denomination |
|---|---|
| 300 | $100 |
| 24 | $50 |
| 520 | $20 |
| 5 | $10 |
| 10 | $5 |
| TOTAL | $41,700 |

19. The March 17, 2023, and March 21, 2023, conduct has been determined to be relevant conduct based on the existing charges in Case No. 4:19CR00279 KGB and will be included for sentencing purposes in that matter.

20. The United States brings this civil forfeiture action to forfeit the Defendant Currency that was seized from Skinner during the March 2023 investigation.

WHEREFORE, the United States prays that the Court (1) issue an arrest warrant *in rem* as provided by Supplemental Rule G(3)(b), which the United States will execute on the property as provided by Title 28, United States Code, Section 1355(d) and Supplemental Rule G(3)(c); (2) order the Defendant Currency forfeited to the United States; and (3) award to the United States all other proper relief.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

JONATHAN D. ROSS
United States Attorney

BY: AMANDA JEGLEY
Bar No. AR 2010045
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
Amanda.Jegley@usdoj.gov

## **VERIFICATION**

I, Jamie Counce, verify and declare under penalty of perjury that (1) I am a Task Force Officer with the Drug Enforcement Administration; (2) I have read this verified complaint *in rem* and know its contents; and (3) the matters contained in this verified complaint *in rem* are true to my own knowledge and belief. The sources of my knowledge and the grounds of my belief are: (1) my participation in the investigation of this matter, (2) information learned from oral and written reports by other law enforcement officers, and (3) information from witnesses, physical surveillance, seized contraband, and other physical evidence.

Dated: October 3, 2023.

_____
JAMIE COUNCE, Task Force Officer
Drug Enforcement Administration