**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**v.**                              **Case No. 4:23-cv-00937 KGB**

**$41,700.00 IN U.S. CURRENCY**                                     **DEFENDANT**

## ORDER

Before the Court is the status of this case. The parties have informally communicated to the Court that they have reached an agreement to resolve this case without a trial. For this reason, the Court removes this case from the January 6, 2025, trial calendar. The Court directs the parties, within 30 days of the date of this Order, either to file a joint motion to dismiss this case or to submit to the Court a written status report as to this case.

It is so ordered this 18th day of December, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge